# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Kasandra Gonzalez**  *Principal*
YOB: 1997

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: **M-21-570-M**

United States District Court
Southern District of Texas
FILED
MAR 1 6 2021
Nathan Ochsner, Clerk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 15, 2021** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Candida Mejia-Diaz, citizen of El Salvador, and Anthony Sleither Vasquez-Tejada, citizen of Guatemala, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Rio Grande City, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 15, 2021, Rio Grande City Police Officers requested assistance from Border Patrol Agents to establish contact with the residents of a house suspected to be harboring undocumented aliens. As Agents and Officers approached the residence they noticed several people fleeing from the rear of the residence. After a brief foot pursuit, four (4) people were apprehended and were determined to be in the illegally present in the United States. Kasandra Gonzalez, the owner of the residence, granted permission to officers to enter the house to search for undocumented aliens. Gonzalez was placed under arrest shortly thereafter. Gonzalez and four (4) undocumented aliens were apprehended and transported to the Rio Grande City Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**
Kasandra Gonzalez, a United States Citizen, was read her Miranda Rights. Gonzalez stated she understood her rights and agreed to prived a sworn statement without the presence of an attorney.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Complaint authorized by AUSA M. Redavid

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Oscar Ortiz
Signature of Complainant

Oscar Ortiz        Border Patrol Agent
Printed Name of Complainant

March 16, 2021   3:58 pm
Date

at  McAllen, Texas
City and State

Nadia S. Medrano, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-21-570-M

**RE:** **Kasandra Gonzalez**

**CONTINUATION:**

Gonzalez stated her brother's friend offered her $200 to harbor undocumented aliens at her residence. Gonzalez claimed to have given the undocumented aliens food and water while they stayed with her. Gonzalez said after a few hours, she decided to tell the undocumented aliens to leave because she did not want them in her house any longer. Gonzalez admitted to knowing it was illegal to harbor undocumented aliens.

MATERIAL WITNESS STATEMENT 1:
Candida Mejia-Diaz, a citizen and national of El Salvador, was read her Miranda Rights. He understood and agreed to provide a sworn statement without the presence of an attorney.

Mejia claimed her friend made the arrangements and paid $500 to be smuggled into the United States. Mejia stated she crossed the Rio Grande River aboard a raft with four (4) other people and was guided via cellular phone to a waiting pickup truck. Mejia said the driver of the truck instructed her and the others to enter the house where she was later arrested. Mejia claimed there was an adult female in the house who gave her food and instructed her where to go. Mejia said the woman in the house told all of the undocumented aliens to leave the house soon before they were all arrested.

Mejia identified Kasandra Gonzalez, through a photo lineup, as the owner and caretaker of the house.

MATERIAL WITNESS STATEMENT 2:
Anthony Sleither Vasquez-Tejada, a citizen and national of Guatemala, was read his Miranda Rights. He understood and agreed to provide a sworn statement without the presence of an attorney.

Vasquez stated his friend made smuggling arrangements on his behalf and was to pay $20,000 to be smuggled into the United States. Vasquez said he crossed the Rio Grande River aboard a raft and boarded a truck that transported him to a house where he was later arrested. Vasquez claimed a woman waiting by an open door offered him food, water and a mattress to lay on. Vasquez stated he exited the house when a female in the group saw police outside of the house.

Vasquez-Tejada identified Kasandra Gonzalez, through a photo lineup, as the female who received him in the house and offered food and water.